UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS B. LEVELS, JR., | ) 1:09-cv–2103-SMS-HC |
| | ) |
| Petitioner, | ) ORDER DISCHARGING ORDER TO SHOW |
| | ) CAUSE AND DEEMING PETITIONER'S |
| | ) MOTION FOR VOLUNTARY DISMISSAL |
| v. | ) TO BE WITHDRAWN |
| | ) (Docs. 18, 20, 21) |
| HARRINGTON, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in signed writings filed by Petitioner on December 17, 2009, and on behalf of Respondent on January 12, 2010. (Docs. 5, 10).

Pending before the Court are Petitioner's motion for dismissal of the petition "WITHOUT PREJUDICE TO PERSUE (sic) UNEXHAUSTED CLAIM," filed in this Court by Petitioner on August 4, 2010. Also pending is Petitioner's motion to withdraw the

1

motion for voluntary dismissal, which was filed after Respondent filed a statement of non-opposition to the motion, and the Court directed Petitioner to show cause why the briefing schedule in this case should be modified.

Petitioner has determined that he does not want to proceed with the motion for voluntary dismissal.

Accordingly, in view of the status of the case and Petitioner's intention to withdraw the motion, it is ORDERED that Petitioner's motion for dismissal of the action is DEEMED withdrawn, and the Court' order to show cause that issued on August 12, 2010, is DISCHARGED.

IT IS SO ORDERED.

**Dated:   August 27, 2010**                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE